EX PARTE BIRMINGHAM FUEL CO. v. STOCKS.

(Decided June 17, 1915.)

CERTIORARI to Court of Appeals.

DAVIS & FITE, for petitioner. GUNN & POWELL, contra.

SOMERVILLE, J.—Writ denied to review the judgment and decision of the Court of Appeals in the case of *Birmingham Fuel Co. v. Stocks,* 68 South. 568.

All the Justices concur.

---

EX PARTE BRADFORD v. CITY OF TUSCA-
LOOSA.

(Decided June 17, 1915.)

CERTIORARI to Court of Appeals.

CLARKSON & MORRISETTE, for petitioner. BROWN & WARD, contra.

THOMAS, J.—Writ denied to review the judgment and decision of the Court of Appeals in the case of *City of Tuscaloosa v. John Bradford,* 68 South. 1020, on the authority of *City of Tuscaloosa v. Hill,* 69 South. 598.

All the Justices concur.

---

EX PARTE EMERSON ET AL. v. WESTERN
UNION TEL. CO.

(Decided June 17, 1915.)

CERTIORARI to Court of Appeals.

BROWN & WARD, for petitioners. HENRY A. JONES, and FORNEY JOHNSTON, contra.

MAYFIELD, J.—Writ denied to review the judgment and decision of the Court of Appeals in the case of *Western U. Tel. Co. v. Emerson, et al.,* 69 South. 335.

All the Justices concur.